# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MARY KAY BLEVINS,**               :

       **Plaintiff**               :   **CIVIL ACTION NO. 1:20-072**

    **v.**                                        **(JUDGE MANNION)**

                                       :

**ANDREW SAUL,**

                                       :

       **Defendant**

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The Report of Judge Cohn, **(Doc. 15)**, is **ADOPTED IN ITS ENTIRETY**.

**(2)** The plaintiff's appeal of the Commissioner's decision denying her claim for DIB, **(Doc. 1)**, is **GRANTED**, and the Commissioner's decision is **VACATED**.

**(3)** This case is **REMANDED** to the Commissioner for further proceedings consistent with Judge Cohn's Report.

**(4)** The clerk of court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: February 23, 2021**
20-072-01-Order